# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Vinh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Express Scripts, Inc.,<br><br>　　　　Defendant. | Case No. 18-cv-1679-SRN-KMM<br><br>**ORDER** |

Based upon the parties' Joint Motion to Substitute Party (ECF No. 7), and the reasons cited therein, the Court, being fully advised in this matter, makes the following Order:

**IT IS SO ORDERED** that the Joint Motion is **GRANTED**. Express Scripts Services Company is the proper Defendant in the instant action and is hereby substituted for the currently named Defendant Express Scripts, Inc. The Clerk of Court is directed to amend the case caption accordingly.

Date:  July 20, 2018                                       *s/Katherine Menendez*
                                                          Katherine Menendez
                                                          United States Magistrate Judge