# UNITED STATES DISTRICT COURT
## District of Minnesota

Michael Vinh,　　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　　　　　Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　　　　Case Number: 18-cv-1679 (SRN/ECW)

Express Scripts Services Company,

　　　　　　　　　Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED THAT:

Defendant Express Scripts Services Company's Motion for Summary Judgment (Doc. No. 39) is **GRANTED**.

　　Date: 4/22/2020　　　　　　　　　　　　　　　　　KATE M. FOGARTY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/M. Price
　　　　　　　　　　　　　　　　　　　　　　　(By)　M. Price, Deputy Clerk