## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Vinh,<br><br>      Plaintiff,<br><br>v.<br><br>Express Scripts Services Company,<br><br>      Defendant. | Case No: 0:18-cv-01679 (SRN-ECW)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Michael Vinh appeals the District Court's April 21, 2020 Order Granting Summary Judgment and final judgment entered April 22, 2020 to the United States Court of Appeals for the Eighth Circuit.

                                    Respectfully Submitted,

                                **FIEBIGER LAW LLC**

Dated: <u>May 19, 2020</u>                      <u>s/Rolf T. Fiebiger</u>
                                               Thomas D. Fiebiger, #307506
                                               Rolf T. Fiebiger, #391138
                                               6800 France Ave S., Suite 190
                                               Edina, MN 55435
                                               Phone: 612.399.6474
                                               Phone: 612.888.6084
                                               tom@fiebigerlaw.com
                                               rolf@fiebigerlaw.com

                                               **Attorneys for Plaintiff Mike Vinh**